United States District Court
Southern District of Texas
**ENTERED**
June 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JASON FASCHING, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-248 |
| § | |
| KEON V AVANT, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 33), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 6th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE